UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60198-Civ-Jordan/Bandstra

SUSAN M. JORDAN,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

    Defendant.

_____/

*CLOSED CIVIL CASE*

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Joint Stipulation for Partial

Dismissal with Prejudice (DE 41 ), The Court has been advised that Plaintiff's claims

under the Florida Consumer Collection Practices Act ("FCCPA") have been amicably

resolved, thus it is hereby,

ORDERED AND ADJUDGED that Plaintiff's claims under the FCCPA are

DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except

as otherwise agreed by the parties. DONE AND ORDERED in the Southern District of

Florida this 16th day of December, 2011. *This case is closed, subject to the reservation of jurisdiction as to attorneys fees and costs. cja*

_____
ADALBERTO JORDAN
United States District Judge

cc:   Donald A. Yarbrough, Esq., Counsel for Plaintiff
       Dale T. Golden, Esq., Counsel for Defendant