UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-60198-CIV-JORDAN

| | |
|---|---|
| SUSAN M. JORDAN, | ) |
| Plaintiff | ) ) |
| vs. | ) |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | ) ) ) |
| Defendant. | ) |

### FINAL JUDGMENT

In accordance with Rules 58 and 68, final judgment is entered in favor of Ms. Jordan and against Allianceone Receivables Management, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.*, in the amount of $1,000.00, for which let execution issue. Post-judgment interest shall accrue as set forth in 28 U.S.C. § 1961. Appropriate costs and fees, if any, will be taxed by separate motion and order.

Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 4th day of January, 2012.

*/s/ Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record