UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60198-Civ-Graham/Goodman

SUSAN M. JORDAN,

      Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

      Defendant.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 45) for statutory damages entered January 4, 2012 and an Order (DE 60) for attorney's fees and costs entered July 19, 2012 against, AllianceOne Receivables Management, Inc., acknowledges that full payment thereof has been received and the Judgment is satisfied.

                                                  _____
                                                  Susan M. Jordan

STATE OF FLORIDA      )
                                  ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this 7th day of AUGUST, 2012 by Susan M. Jordan, who is personally known to me or who produced drivers license as identification and who did/did not take an oath.

                                                  _____
                                                  NOTARY PUBLIC, State of Florida

My Commission Expires:



NANCY L. HODGES
Commission # EE 066442
Expires June 21, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60198-Civ-Graham/Goodman

SUSAN M. JORDAN,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 7, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                        s/Donald A. Yarbrough
                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF